UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY CASEY and MELINDA CASEY

                                                  7:12 CV 08430 (NSR)(JCM)
                 Plaintiff(s)

-against-                                      ANSWER TO
                                                       CROSSCLAIM

CONSOLIDATED EDISON COMPANY OF NEW YORK,
INC., MONASTERY CHURCH OF THE SACRED HEART    Defendants Demand
and ARCHDIOCESE OF NEW YORK                         A Trial by Jury

                             Defendant(s)
------------------------------------------------------------------X

       Defendants CHURCH OF THE SACRED HEART (sued herein as MONASTERY CHURCH OF THE SACRED HEART, hereinafter "CHURCH") and ARCHDIOCESE OF NEW YORK (hereinafter "ARCHDIOCESE"), referred to collectively as "Defendants," by their attorneys LEAHEY & JOHNSON, P.C. hereby answer the crossclaim of defendant CONSOLIDATED EDISON COMPANY OF NEW YORK ("Con Ed") herein, upon information and belief, respectfully alleging:

AS AND FOR AN ANSWER
TO THE CROSSCLAIM

    FIRST:               Defendants deny the allegations contained in the crossclaim of defendant Con Ed.

AS AND FOR A FIRST AFFIRMATIVE DEFENSE

    The crossclaim of defendant Con Ed fails to state a claim upon which relief may be granted.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE

    Defendant Con Ed's crossclaim for indemnity is barred or reduced by defendant Con

Ed's own negligence.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Defendant Con Ed's crossclaim is barred by the doctrines of waiver, estoppel, laches, or unclean hands.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Defendants CHURCH and ARCHDIOCESE incorporate the affirmative defenses set forth in their amended answer to the complaint of the plaintiffs as if fully set forth herein.

WHEREFORE, the defendants CHURCH and ARCHDIOCESE pray for dismissal of the crossclaim filed against them, for judgment on their behalf, and for costs, interest, or any other relief the Court deems just under the circumstances.

Dated: New York, New York
       May 5, 2015

                                           Yours, etc.,

                                           LEAHEY & JOHNSON, P.C.
                                           Attorneys for Defendants
                                           CHURCH OF THE SACRED HEART
                                           (sued herein as MONASTERY CHURCH
                                           OF THE SACRED HEART)
                                           and ARCHDIOCESE OF NEW YORK
                                           120 Wall Street, Suite 2220
                                           New York, New York 10005
                                           (212) 269-7308

                                  BY: _____
                                      STEVEN R. GUSTAVSON
                                        (SG:2463)

TO:

Klein & Folchetti, P.C.
Attorneys for Plaintiffs
219 Westchester Avenue, 6th Floor
Port Chester, New York 10573

Richard Babinecz, Esq.
Attorney for Defendant
CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.
Four Irving Place, Room 1800
New York, New York  10003